**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ISAIAH SHAWN-SAM GLENN,**<br><br>**Defendant.** | **CR 25-136-BLG-SPW**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT** |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 36), and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Indictment (Doc. 36) is **GRANTED**. The Indictment (Doc. 3) is **DISMISSED**.

DATED this 19th day of August, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Court